**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2165**

KIMBERLY JACKSON,

                    Plaintiff - Appellant,

          v.

EDWARD S. COHN, et al Substitute Trustees,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   George Levi Russell, III, District Judge.  (1:12-cv-00393-GLR)

Submitted:  November 20, 2012        Decided:  November 26, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kimberly Jackson, Appellant Pro Se.   Michael Joseph McKeefery, COHN, GOLDBERG & DEUTSCH, LLC, Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Jackson appeals the district court's order dismissing her complaint for failure to state a claim and lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Jackson v. Cohn</u>, No. 1:12-cv-00393-GLR (D. Md. Aug. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>